UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **EDCV 17-1995-JFW(JCx)**                              Date: February 2, 2018

Title:    Jesus C. Lopez -v- Megan J. Brennan

**PRESENT:**
   HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

   Shannon Reilly                             None Present
   Courtroom Deputy                           Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**      **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                           None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE RE: DISMISSAL

    Plaintiff Jesus C. Lopez is ordered to show cause in writing by February 9, 2018 why he should not be sanctioned in the amount of $1,500.00 or why this action should not be dismissed for his failure to cooperate in the preparation of the Court ordered Joint Report. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or the dismissal of this action.

    IT IS SO ORDERED.